

# NUMBER 13-23-00193-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

REINALDO E. AREVALO RAMOS,                                    Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.

## On appeal from the County Court at Law No. 13
## of Bexar County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Longoria, and Tijerina
### Memorandum Opinion by Justice Tijerina

This cause is before the court on appellant's motion to dismiss this appeal which indicates appellant wishes to withdraw his appeal.[1] On August 17, 2023, this matter was abated due to appellant's failure to file a brief and remanded to the trial court to determine

---

[1] This case is before the Court on transfer from the Fourth Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

whether the appeal had been abandoned.

On October 3, 2023, counsel for appellant filed a signed letter indicating appellant wishes to withdraw the appeal which we construe as a motion to dismiss. Appellant signed an attached affidavit confirming that it is his wish to withdraw the appeal and continue probation. We find the motion and affidavit together meet the requirement of Texas Rule of Appellate Procedure 42.2(a) that appellant and attorney must sign a written motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). Accordingly, we reinstate the matter; without passing on the merits of the case, we grant the motion to dismiss and dismiss the appeal.

Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

JAIME TIJERINA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
26th day of October, 2023.